

May 5, 2025

**Bryan Vannini**
(203) 388 – 2381 (direct)
Bryan.Vannini@wilsonelser.com

**VIA ECF**

Hon. Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

    Re:    *S.M.* individually, *et al. v. Peachy Corp.*, *et al.*
           Docket No.: 25-cv-001141 (FB) (JAM)

Dear Judge Block:

    This office represents the Defendants, Peachy Corp. and Carolyn Treasure, M.D., in the above referenced matter. This letter is respectfully submitted to request a second extension of time to June 9, 2025, for Defendants to respond to Plaintiff's Amended Complaint (ECF #7). The request is made to permit the parties additional time to further discuss a potential resolution of Plaintiff's claims. The initial deadline for Defendants to respond to Plaintiff's Amended Complaint was April 7, 2025. The first granted extension required Defendants' to file a response to Plaintiff's Amended Complaint by May 12, 2025. The attached stipulation evidences all parties have consented to this first requested extension.

    We thank the Court for its consideration of this request.

Respectfully,

Wilson Elser Moskowitz Edelman & Dicker LLP
*Bryan Vannini*
Bryan Vannini

Cc: Alec M. Leslie (By ECF and email aleslie@bursor.com)

1010 Washington Boulevard | Stamford, CT 06901 | p 203.388.9100 | f 203.388.9101 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY